SCAD-17-0000557

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

In re: Application for the Reinstatement of

ROBERT V. FERRIGNO

---

ORIGINAL PROCEEDING

(Prior Supreme Court No. SCAD-13-0000423;
Prior ODC Case Nos. 07-125-8585, 10-071-8905)

<u>ORDER OF REINSTATEMENT</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of the record and the Disciplinary Board's Report and Recommendation for the Reinstatement of Robert V. Ferrigno to the practice of law, we conclude that Applicant Ferrigno has proven, by clear and convincing evidence, rehabilitation, fitness to practice law, competence, compliance with applicable disciplinary orders and rules, and compliance with all requirements imposed by this court, as required by Rule 2.17(b) of the Rules of the Supreme Court of the State of Hawaiʻi. Therefore,

IT IS HEREBY ORDERED that Applicant Ferrigno is reinstated to the practice of law in this jurisdiction.

Applicant Ferrigno, however, shall contact the Hawaiʻi State Bar Association prior to his resumption of practice to ensure he is in compliance with Rule 17 of the Rules of the Supreme Court of the State of Hawaiʻi governing administrative registration of licensed attorneys in this jurisdiction.

IT IS FURTHER ORDERED that the Clerk shall restore Applicant Ferrigno to the roll of attorneys eligible to practice in the State of Hawaiʻi.

IT IS FINALLY ORDERED that Applicant Ferrigno shall bear the costs of these reinstatement proceedings, upon approval of a timely submitted verified bill of costs from the Office of Disciplinary Counsel, as authorized by Rule 2.17(d) of the Rules of the Supreme Court of the State of Hawaiʻi.

DATED: Honolulu, Hawaiʻi, August 21, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

